Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of MARY J. BEAUCHAMP, Mother, etc., Respondent, for Compensation under the Workmen's Compensation Law, Arising Out of the Death of ALBERT BEAUCHAMP,

JR., Deceased, v. COLUMBIAN MILLS, INC., Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.